# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

30 VESEY STREET
SUITE 100
NEW YORK, N.Y. 10007

CHARLENE RAMOS
OFFICE MANAGER

(212) 608-0808
TELECOPIER (212) 962-9696

February 6, 2012

BY FAX 718-613-2623
Hon. Robert M. Levy
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application Granted*
*So ORDERED.*
*2/6/12*

Re: U.S. v. Papraniku
12 mj 0045

Dear Magistrate Judge:

My office would like to meet with Nezer Papraniku in the above case. We write to request that Mr. Papraniku be permitted off home confinement on electronic monitoring Thursday, February 9, 2012 to discuss his case at my office from 10:30 a.m. to 2:00 p.m.

Accordingly, we ask that you make the appropriate arrangements with the electronic monitoring service so that he may be out of his home and off monitor on:

**Thursday, February 9, 2012 between the hours of 8:00 a.m. and 4:00 p.m.**

If you have any questions please feel free to call the undersigned.

Thank you for your assistance in this matter.

Respectfully Submitted,

Lee Ginsberg

cc: AUSA Rachel Nash
    PTSO Anna Lee